THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SALISHAN TERRACE CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:17-cv-01110-JLR<br><br>STIPULATION AND ORDER OF DISMISSAL |

## **STIPULATION**

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 2nd day of August, 2018

By  s/Alfred E. Donohue
Alfred E. Donohue WSBA #32774
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite 1700
Seattle, WA  98164-2050
Telephone: (206) 623-4100
Fax: (206) 623-9273
Email: donohue@wscd.com
Of Attorneys for Defendant

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:17-cv-01110-JLR) – 1
jв/AED6513.037/2940014x

WILSON
SMITH
COCHRAN
DICKERSON

901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

1

2   DATED this 2nd day of August, 2018

3

4                               By _Todd C. Hayes_
                                    Todd C. Hayes WSBA # 26361
5                                   Harper Hayes PLLC
                                    600 University Street, Suite 2420
6                                   Seattle WA  98101-1129
                                    Telephone: (206)-340-8010
7                                   Fax: (206)-260-2852
                                    Email: todd@harperhayes.com
8                                   Of Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:17-cv-01110-JLR) – 2
jf/AED6513.037/2940014x



WILSON          901 FIFTH AVENUE, SUITE 1700
SMITH           SEATTLE, WASHINGTON 98164
COCHRAN         TELEPHONE: (206) 623-4100
DICKERSON       FAX: (206) 623-9273

1

**ORDER OF DISMISSAL**

2      Based on the above stipulation, IT IS HEREBY ORDERED that this action is

3  dismissed with prejudice and without costs.

4      DATED this 3rd day of August , 2018

5

6

7                    THE HONORABLE JAMES L. ROBART

8
   Presented by:
9

10
   By  s/Alfred E. Donohue
11       Alfred E. Donohue WSBA #32774
12       Wilson Smith Cochran Dickerson
         901 Fifth Avenue, Suite 1700
13       Seattle, WA  98164-2050
         Telephone: (206) 623-4100
14       Fax: (206) 623-9273
15       Email: donohue@wscd.com
         Of Attorneys for Defendant
16

17
   Approved as to form; notice of
18  presentation waived:

19

20  By  s/Todd C. Hayes
21       Todd C. Hayes WSBA # 26361
         Harper Hayes PLLC
22       600 University Street, Suite 2420
         Seattle WA  98101-1129
23       Telephone: (206)-340-8010
24       Fax: (206)-260-2852
         Email: todd@harperhayes.com
25       Of Attorneys for Plaintiff

26

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:17-cv-01110-JLR) – 3
jf/AED6513.037/2940014x



WILSON   901 FIFTH AVENUE, SUITE 1700
SMITH    SEATTLE, WASHINGTON 98164
COCHRAN  TELEPHONE: (206) 623-4100
DICKERSON    FAX: (206) 623-9273

1

## **CERTIFICATE OF SERVICE**

2

3      The undersigned certifies that under penalty of perjury under the laws of the State of
Washington that on the below date I caused to be served via CM/ECF the foregoing document

4   on:

5   **Attorneys for Plaintiff**
Todd C. Hayes

6   Charles K. Davis
HARPER HAYES PLLC

7   600 University Street, Suite 2420
Seattle WA  98101-1129

8   todd@harperhayes.com
cdavis@harperhayes.com

9

10

11      **SIGNED** this 3rd day of August, 2018, at Seattle, Washington.

12

13                                    _s/Yana Strelyuk_
                                    Yana Strelyuk, Legal Secretary

14

15

16

17

18

19

20

21

22

23

24

25

26



WILSON    901 FIFTH AVENUE, SUITE 1700
SMITH     SEATTLE, WASHINGTON 98164
COCHRAN   TELEPHONE: (206) 623-4100
DICKERSON    FAX: (206) 623-9273